IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE R. HUMPHRIES,<br>    *Plaintiff*, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 24-CV-4184 |
| U.S. DEPARTMENT OF HOUSING &<br>URBAN DEVELOPMENT, *et al.*,<br>    *Defendants*. | : <br> : <br> : | |

## ORDER

AND NOW, this 4th day of December, 2024, upon consideration of Plaintiff Jacqueline R. Humphries's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Self Recuse and Motion for Relief Under Statement of Interest (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, Humphries's Complaint is **DISMISSED** as follows:

    a. The Americans with Disabilities Act, Rehabilitation Act, and Fair Housing Act claims asserted against the U.S. Department of Housing & Urban Development are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    b. All remaining claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. The Motion to Self Recuse and Motion for Relief Under Statement of Interest (ECF No. 5) is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**